UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-7    JON RYAN,

          Defendant.

_____/

Case No. 11-CR-20425

HONORABLE ROBERT H. CLELAND

Magistrate Judge Mark A. Randon

## STIPULATED PRELIMINARY ORDER OF FORFEITURE

Plaintiff, by and through its attorneys, Defendant, JON RYAN, and his attorney JOHN A. O'LEARY, ESQ., hereby submit this Stipulated Preliminary Order of Forfeiture:

1.    WHEREAS, a Sixth Superseding Indictment ("Indictment") was issued on February 7, 2012, which charged Defendant with conspiracy to commit wire fraud and mail fraud (18 U.S.C. § 1349), production, use or trafficking in counterfeit access devices (18 U.S.C. §§ 1029(a)(1) and 2), using or trafficking in unauthorized access devices (18 U.S.C. §§ 1029(a)(2), 1029(a)(5) and 2), possession of fifteen or more counterfeit access devices (18 U.S.C. §§ 1029(a)(3) and 2), and aggravated identity theft, aiding and abetting (18 U.S.C. §§ 1028A and 2);

2.    WHEREAS, the Indictment provided notice that upon Defendant's conviction, the government would seek forfeiture pursuant to Fed.R.Cr.P. 32.2(a) of all proceeds, direct or indirect, or property traceable thereto; all property that facilitated the commission of the alleged violations, or property traceable thereto; and all property involved in, or property traceable thereto, of the violations set forth in the Indictment;

3. WHEREAS, Defendant entered into a Rule 11 Plea Agreement, pled guilty to Count One of the Indictment, and agreed to the forfeiture to the United States of all personal and real property received as a result of Defendant's fraudulent activities;

4. WHEREAS, Defendant acknowledges that Exhibit A attached hereto is a comprehensive list of all the property seized from Defendant on or about January 24, 2012 from his residence located in Blythewood, South Carolina;

5. WHEREAS, the parties have reached an agreement with regard to the forfeiture of certain property seized from Defendant and with regard to a forfeiture money judgment; and

6. WHEREAS, Defendant acknowledges that, if this case would have proceeded to trial and Defendant were found guilty by a jury of the charges set forth in the Indictment, the United States would have elected to seek a forfeiture money judgment and to forfeit all proceeds of the violations set forth in the Indictment, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations, or property traceable thereto, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 1029 and Fed.R.Cr.P. 32.2, including those items listed on Exhibit A attached hereto;

7. WHEREAS, the United States agrees that, if the Court enters an Order of Restitution as part of any Judgment of Conviction against the Defendant in this criminal case, the United States Attorney's Office for the Eastern District of Michigan will prepare a request to the Asset Forfeiture Money Laundering Section ("AFMLS") which will seek to apply the net amounts obtained as a result of forfeited property to any restitution ordered in this case (the "Request").

8. WHEREAS, Defendant acknowledges that the Request submitted by the U.S. Attorney's

Office in the Eastern District of Michigan to AFMLS may be granted, granted-in-part, or denied, and that no representations have been made to Defendant as to the likelihood that such a request will or would be granted.

9. **NOW THEREFORE,** based upon the Indictment, Defendant's acknowledgment of criminal forfeiture proceedings, Defendant's guilty plea and Rule 11, and the information in the record, **IT IS HEREBY ORDERED** that the following items listed on Exhibit A which are enumerated below with corresponding item numbers are **HEREBY FORFEITED** to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed.R.Cr.P. 32.2 for disposition in accordance with law, and any right, title or interest of Defendant, and any right, title or interest that his heirs, successors or assigns, have or may have in the said property is **HEREBY AND FOREVER EXTINGUISHED:**

    a.    Item Nos. 1 through and including No. 35;

    b.    Item Nos. 43 through and including No. 82;

    c.    Item Nos. 94 through and including No. 106;

    d.    Item Nos. 112 and 113;

    e.    Item No. 117;

    f.    Item Nos. 136 through and including No. 146; and

    g.    Item Nos. 163 through and including No. 170.

10. **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that

    a.    Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and Fed.R.Crim.P.32.2, a money judgment in the amount to be determined as set forth in Paragraph No.

10.b. below is granted and entered against Defendant in favor of the United States of America.

b. The amount of the money judgment referenced above will be equal to the net proceeds obtained by the government upon its liquidation of items referenced in Paragraph No. 9 above, to the extent those items have value and are in fact liquidated by the government.

c. This Preliminary Order of Forfeiture may be, at the sole discretion of the United States, amended to specify the exact amount of the money judgment upon application of the United States pursuant to Fed.R.Crim.P. 32.2(e)(1) after the liquidation of items referenced in Paragraph No. 9 is completed and after the total net amount obtained by the government for such liquidated items has been ascertained.

d. The net amount obtained by the government for liquidated items referenced in Paragraph No. 9 shall fully satisfy the money judgment entered against Defendant in this Preliminary Order of Forfeiture with no other or additional money judgment obligation placed upon the Defendant in connection with the offenses which are the subject of this criminal case.

e. In consideration for the agreement by the government not to seek any additional forfeiture money judgment in this case, Defendant hereby releases, remises and discharges the United States of America, and any of its agencies involved in this matter, and their agents, officers and employees, past and present, from all claims or causes of action which the Defendant and his agents, officers, employees,

4

assignees and/or successors in interest have, may have had or may have on account of the events or circumstances giving rise to the seizure and/or forfeiture of property in this matter.

f.   The United States is authorized, pursuant to Federal Rules of Criminal Procedure 32.2(b)(3) and 32.2(c)(1)(B), to conduct discovery to help identify, locate, or dispose of any items listed in Paragraph No. 9, to seize any assets identified in Paragraph No. 9, which are not currently in the custody or control of the United States, and to begin proceedings consistent with applicable statutory requirements pertaining to ancillary hearings and the rights of any third parties.

g.   The United States shall publish notice of this Preliminary Order of Forfeiture and of its intent to dispose of the property identified in Paragraph No. 9 in accordance with Federal Rule of Criminal Procedure Rule 32.2(b)(6), in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n). Said notice shall direct that any person other than the Defendant asserting a legal interest in the property may file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's alleged right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional

5

facts supporting the petitioner's claim, and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the property.

h.  If any other person or entity asserts an interest in any of the items listed in Paragraph No. 9 of this Preliminary Order of Forfeiture, Defendant will assist in obtaining a release of interest from any such other person or entity. Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to provide truthful testimony in any ancillary hearing as to the interest of any third party petitioners in the assets identified in Paragraph No. 9 above.

i.  Defendant will not contest the forfeiture of the property identified in Paragraph No. 9 above, and waives his right to have a jury determine the forfeitability of his interest in such property as provided by Rule 32.2(b)(5) of the Federal Rules of Criminal Procedure.

j.  After Defendant is sentenced and all direct appeal rights have expired in this matter, the government shall return the following property listed on Exhibit A, which are enumerated below with corresponding item numbers, and which shall **NOT BE FORFEITED,** but shall be **RETURNED** to the Defendant:

   (1)   Item Nos. 36 through and including No. 42;

   (2)   Item Nos. 83 through and including No. 93;

   (3)   Item Nos. 107 through and including No. 111;

   (4)   Item Nos. 114 through and including No. 116;

(5)   Item Nos. 118 through and including No. 135;

(6)   Item Nos. 147 through and including No. 162; and

(7)   Item Nos. 171 through and including No. 175.

k.   Defendant knowingly, voluntarily, and intelligently waives any challenge to the forfeiture of the items listed in Paragraph No. 9 above based upon the Excessive Fines Clause of the Eighth Amendment to the United States Constitution, and specifically acknowledges that the items of property identified in Paragraph No. 9 are subject to forfeiture pursuant to federal law.

l.   Defendant waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, pronouncement of forfeiture at sentencing and incorporation of forfeiture in the judgment.  Defendant understands that the forfeiture of assets is part of the sentence that will be imposed in this case and waives any failure by the Court to advise him of this pursuant to Fed.R.Crim.P. 11(b)(1)(J).

m.   Following the Court's disposition of all petitions filed, if any, and upon proof of publication and notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property listed in Paragraph No. 9 and the Attorney General, the U.S. Secret Service, and/or their delegate(s) are authorized to dispose of the forfeited assets in accordance with law, and may warrant good title to any subsequent purchaser or transferee.

n.  This Preliminary Order of Forfeiture shall become final as to the Defendant at the time it is entered by the Court. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed.R.Crim.P. 32.2(c)(2).

11. Defendant has discussed the forfeiture issues and this Stipulated Preliminary Order of Forfeiture with his counsel, and fully understands the terms and conditions of, and the consequences of entering into, the Stipulated Preliminary Order of Forfeiture. The parties agree that each shall bear their own costs and attorneys fees in this matter.

Agreed as to form and substance:

BARBARA L. McQUADE
United States Attorney

s/Linda Aouate
Linda Aouate (P-70693)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9587
linda.aouate@usdoj.gov

Dated: September 24, 2012

s/with Consent of John A. O'Leary
John A. O'Leary, Esq.
O'Leary Associates, PA
714 Calhoun Street
Columbia, South Carolina 29201
(803) 779-5556
Oleary_email@yahoo.com

Dated: September 24, 2012

s/Jon Ryan, please see attached signature page
Jon Ryan, Defendant
Dated: September 21, 2012

*******************************
IT IS SO ORDERED.

Dated:   SEP 2 7 2012

HONORABLE ROBERT H. CLELAND
United States District Judge

8

o.  This Preliminary Order of Forfeiture shall become final as to the Defendant at the

time it is entered by the Court. If no third party files a timely claim, this Order

shall become the Final Order of Forfeiture, as provided by Fed.R.Crim.P.

32.2(c)(2).

11  Defendant has discussed the forfeiture issues and this Stipulated Preliminary Order of

Forfeiture with his counsel, and fully understands the terms and conditions of, and the

consequences of entering into, the Stipulated Preliminary Order of Forfeiture. The

parties agree that each shall bear their own costs and attorneys fees in this matter.

Agreed as to form and substance:

BARBARA L. McQUADE
United States Attorney

Linda Aouate (P-70093)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9587
linda.aouate@usdoj.gov

Dated: 9/24_____, 2012

John A. O'Leary, Esq. with consent
O'Leary Associates, PA
714 Calhoun Street
Columbia, South Carolina 29201
(803) 779-5556
Oleary_small@yahoo.com

Dated: 9/21___ , 2012

Jon Ryan, Defendant

Dated: 9/21, 2012

IT IS SO ORDERED.

Dated:

HONORABLE ROBERT H. CLELAND
United States District Judge

8

9

# CERTIFIED Inventory of Evidence

**EVIDENCE HELD AGAINST**

Jon RYAN, 118 Winding Oak Way,
Blythewood, SC 29016

**Case Number:**
N/A

**Date Received**
1/24/2012 0:00

EVIDENCE INVENTORIED BY:

_____
SPECIAL AGENT          DATE

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|--------|----------|--------------|------------------|----------|
| 1 | 1 | Dewalt/DWS780 | SAW | 2100989207 |
| 2 | 1 | Dewalt/DWS723 | SAW STAND | |
| 3 | 1 | SWISS ALPS/SA8908 | SUITCASE | |
| 4 | 1 | NIKON MMDX/AF-S NIKKOR 18-55, W/CASE | DIGITAL CAMERA | 3135068 |
| 5 | 1 | XBOX 360/ DJ HERO 2  ACCESSORY | TURNTABLE BUNDLE GAME | |
| 6 | 1 | HEWLET PACKARD TONER CATRIDGE/CE278A | CATRIDGE | |
| 7 | 2 | Gift Card/iTunes $50 | GIFT CARD | |
| 8 | 3 | APPLE SCREEN CLEANERS | SCREEN CLEANERS | |
| 9 | 1 | SONY/XS-GTX120LW | SUBWOOFER | |
| 10 | 1 | BLACK JACK/T82015W | CAR JACK | |
| 11 | 1 | SAMSUNG/ BD-D5100 | BLU RAY DISC | ZT0U6V4BA05127 |
| 12 | 1 | SCOSCHE/SE12R | SUBWOOFER ENCLOSURE | |
| 13 | 1 | RYOBI CSB142LZK | SAW, LASER | |
| 14 | 1 | SINGER/UVB45 | ULTRA INSECT KILLER | |
| 15 | 1 | CYCLONE/FP0F360AC | UTILITY PUMP,FLOTEC | |
| 16 | 1 | RIGID/14" | PIPE WRENCH | |
| 17 | 1 | GEORGE FOREMAN/RMOVABLE PLATE | GRILL, INDOOR | |
| 18 | 1 | SLIME/12V | TIRE INFLATOR | |
| 19 | 1 | LITHONIA LIGHTING/1600 | FLOODLIGHT | |
| 20 | 1 | STINGER/UVB45 | BULB, REPLACEMENT INSECT KILLER | |
| 21 | 1 | RYOBI ONE/18V | BATTERY, REPLACEMENT LITHIUM | |
| 22 | 1 | FIRST ALERT/3' CORD, 15" | POWER STRIP | |
| 23 | 1 | SINGER/UVB45 | ULTRA INSECT KILLER | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|--------|----------|--------------|------------------|----------|
| 24 | 1 | RYOBI /9560 | PRUNER | |
| 25 | 1 | AVF TILT & TURN/364479 | TV WALL MOUNT | |



| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|--------|----------|--------------|------------------|----------|
| 26 | 2 | GE/51135 | REMOTE, LIGHT CONTROL | |
| 27 | 1 | STINGER/UVB45 | CHARGING STATION | |
| 28 | 1 | COOPER/8200PK | SOLDERING GUN KIT | |
| 29 | 1 | UTILITECH PRO/0340250 | LED OUTDOOR LIGHT | |
| 30 | 1 | ENERGIZER/ | WORK LIGHT | |
| 31 | 1 | RYOBI/P114 | CHARGER, 18V DUAL CHEMISTRY | |
| 32 | 1 | ARROW/T50 | STAPLE GUN, ELECTRIC | L07AB031590 |
| 33 | 1 | SONY/ XM-GTX6040 | AMPLIFIER | |
| 34 | 1 | SPACE SAVER/60424 | TV WALL MOUNT | |
| 35 | 1 | CHAMBERLAIN/349544 | DOOR OPENER, GARAGE | |
| 36 | 1 | TUMI/SUITCASE | SUITCASE, HARDSHELL,GREY,  LARGE | |
| 37 | 1 | BRICS/SUITCASE | SUITCASE, HARDSHELL, BLUE, LARGE | |
| 38 | 1 | TUMI/SUITCASE | SUITCASE, HARDSHELL,GREY,  SMALL | |
| 39 | 1 | TUMI/SUITCASE | SUITCASE, HARDSHELL, BROWN, LARGE | |
| 40 | 1 | TUMI/SUITCASE | SUITCASE, HARDSHELL, SILVER, LARGE | |
| 41 | 1 | TUMI/SUITCASE | SUITCASE, HARDSHELL, SILVER, LARGE | |
| 42 | 1 | SAMSUNG/UN65C6500VF | TV, LED 65" | Z2543CKZ900843H |
| 43 | 1 | SAMSUNG/UN55C6400RFX2A | TV, LED 55" | Z1023CN2400032E |
| 44 | 1 | NETGEAR/WNCE2001 | ADAPTER, INTERNET WiFi | |
| 45 | 5 | RUBBERSTAMPS | | |
| 46 | 1 | NETGEAR/XETB1001 | ADAPTER, PWELINE NETWORK | |
| 49 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, WII MOTION | |
| 50 | 1 | PHILIPS/ SWR1249/17 | USB KIT, RETRACTABLE 2.0 | |
| 51 | 1 | ELEMENT/ELCHW402 | TV, HDMI 42" | DR000036700012713 |
| 52 | 1 | APPLE MONITOR | MONITOR 32", WHITE, FLAT SCREEN | 2A1104VA6JL |
| 53 | 1 | APPLE MONITOR | MONITOR 32", WHITE, FLAT SCREEN | 2A11627V6R |
| 54 | 1 | MICROSOFT XBOX360/1439 | GAME SYSTEM, XBOX360 | 190131604408 |
| 55 | 1 | ROYAL SOVEREIGN/ RBC -1003BK | BILL COUNTER, W/COUNTERFEIT DETEC | K09H12044727 |
| 56 | 1 | MICROSOFT XBOX360/1414 | SENSOR, XBOX360 | 072554504338 |
| 57 | 1 | CANON/DS126151 | CAMERA, | 1721103913 |
| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
| 58 | 1 | CANON/HDV10801/HV20A | CAMERA, VIDEO | 652513204477 |
| 59 | 1 | CANON CAMERA CASE | CASE, BLACK MESH | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|--------|----------|--------------|------------------|----------|
| 60 | 1 | STWINHAUSEN | CASE, WATCH, MAHOGONEY | |
| 61 | 28 | WATCHES, COUNTERFEIT | WATCHES | |
| 62 | 2 | MICROSOFT XBOX360 | WIRELESS CONTROLLER | 02880348635045 EC |
| 63 | 1 | OPTIMA/P-SD2GB-EF | FLASH MEMORY | |
| 64 | 1 | ROLEX/116520 | WATCH, SILER, 3 DIALS | |
| 65 | 1 | AUDEMARS PIGUETQUARTZ ROYAL OAK OFFSHORE/7243 | WATCH, BLACK COPPER | |
| 66 | 1 | ROLEX/16233 | WATCH, SILVER, BLUE | |
| 67 | 1 | AUDEMARS PIGUET/ ROYAL OAK OFFSHORE/6717 | WATCH, DIAMOND, 3 DIAL | F57652 |
| 68 | 1 | ROLEX/ | WATCH, GOLD DIAMOND BEZZLE | |
| 69 | 1 | RING, GOLD, W/DIAMONDS | RING | |
| 70 | 1 | RING, WHITE GOLD W/DIAMONDS | RING | |
| 71 | 1 | LG/LX165 | CELL PHONE; | 911CYKJ1229805 |
| 72 | 1 | CHAIN, GOLD, W/EMLEM AND MULTI-DIAMOND | NECKLACE | |
| 73 | 1 | CHAIN, SILVER W/DIAMONDS | NECKLACE | |
| 74 | 7 | CABLES, ASSORTED | VARIOUS COMPUTER CABLES | |
| 75 | 1 | LG/VN150PP | CELL PHONE, | A00000317CA267 |
| 76 | 1 | LG/VN150PP | CELL PHONE, | A0000031263CCC |
| 77 | 1 | APPLE/MC011LL/A | IPOD TOUCH 64G | 1A028TD975J |
| 78 | 1 | OUTTER BOX | CASE, IPOD TOUCH | ALP2-TCH3G-20-C50TR |
| 79 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, Wii MOTION | |
| 80 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, Wii MOTION | |
| 81 | 1 | GE/FULL HD 1080P | CABLE, 25 FT | |
| 82 | 1 | NINTENDO/ RVL 027 | REMOTE, BLACK, Wii MOTION | |
| 83 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL | WCAU4C003427 |
| 84 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL | WCANU1373717 |
| 85 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL | WCAUF0243588 |
| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
| 86 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL | WCAU4C052058 |
| 87 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL | WCAVYC425346 |
| 88 | 1 | SEAGATE | HARD DRIVE, EXTERNAL | 4NV1D7DK |
| 89 | 1 | WESTERN DIGITAL PASSPORT | HARD DRIVE, EXTERNAL MINI | WXG1A30A0772T |
| 90 | 1 | APPLE/IPHONE | CELL PHONE, | A1303 MODEL # |
| 91 | 1 | APPLE/32G | IPOD | 1A002M7G6K2 |
| 92 | 1 | APPLE/IPHONE | CELL PHONE, | 1332 MODEL # |
| 93 | 1 | APPLE/IPHONE | CELL PHONE W/POWER CORD | 1302 MODEL # |

| | | | | | |
|---|---|---|---|---|---|
| 94 | 1 | TABLET, BLACKBERRY TORCH | TABLET | | 134345428356 |
| 95 | 1 | MAC TOWER | COMPUTER | | YM103047EUF |
| 96 | 1 | MAC KEYBOARDS | KEYBOARD, COMPUTER | | |
| 97 | 1 | HP PAVILION A111On, | COMPUTER (NO POWER CORD) | | ENY5170YBP |
| 98 | 1 | HP TOUCH SMART | COMPUTER | | 3CR0180NY |
| 99 | 1 | HP CORDLESS KEYBOARD & MOUSE | KEYBOARD, COMPUTER | | |
| 100 | 1 | HP LAPTOP/ PAVILION DV7 | COMPUTER (NO POWER CORD) | | CNF0211YKJ |
| 101 | 1 | MINI LAPTOP/E MACHINE | COMPUTER (NO POWER CORD) | | LXN970D0019473A8691601 |
| 102 | 1 | MINI LAPTOP/DELL | COMPUTER | | IPKYQK1 |
| 103 | 1 | LAPTOP/MAC BOOK PRO | INSIDE BLACK TARGUS BAG | | C02FC36UDF92 |
| 104 | 1 | LAPTOP/MAC BOOK PRO | COMPUTER | | C02GGCWFDV7L |
| 105 | 1 | LAPTOP/MDELL ADEAMOAC BOOK PRO | COMPUTER (NO POWER CORD) | | |
| 106 | 3 | THUMB DRIVES/ HP CRUZERS | 2-8G, 1-32G | | |
| 107 | 1 | DELL /HARD DRIVE, EXTERNAL | HARDDRIVE, EXTERNAL | | A13HDD01 |
| 108 | 1 | WESTERN DIGITAL | HARD DRIVE, EXTERNAL MINI | | WXG1A30A07721 |
| 109 | 1 | SD CARD, 256 MB | DISC | | |
| 110 | 1 | CF SANDISK/8GB | DISC | | |
| 111 | 1 | WESTERN DIGITAL MINI PASSPORT | HARD DRIVE, | | WCAU4C003427 |
| 112 | 1 | IPAD | SILVER, W/BLACK COVER | | GB040JCAETV |
| 113 | 1 | IPAD | WHITE, W/BLACK COVER | | DLXFR35TDKNW |
| 114 | 1 | WESTERN DIGITAL MINI PASSPORT | HARD DRIVE, EXTERNAL | | CNU92931KV |
| 115 | 1 | TOSHIBA/SD CARD 16 GB | DISC | | |
| 116 | 1 | DOCUMENTS, PAPERS, RECEIPTS | PAPER DOCUMENTS | | |
| 117 | 1 | CASH, $22,678 | $22,678.00 USD | | |
| 118 | 1 | VISA CARD, BOA | | | NAME: ███████ |
| 119 | 1 | MASTERCARD, CAPITAL ONE | | | NAME: JOHN RYAN |
| 120 | 1 | VISA, WACHOVIA | | | JOHN RYAN |
| 121 | 1 | MASTERCARD, KEYBANK | | | JOHN RYAN BK BUS MGMT LLC |
| 122 | 1 | GIFT CARD, VISA | | | |
| 123 | 1 | AAA | | | JOHN RYAN |
| 124 | 1 | GIFT CARD, HOME DEPOT | | | |
| 125 | 1 | SAMS CLUB, BUSINESS CARD | | | JON RYAN LOVE HOME HEALTH CAR |
| 126 | 1 | SAMS CLUB, BUSINESS CARD | | | JON RYAN NORTHEAST SEAFOOD |
| 127 | 1 | VISA, CHASE | | | JON RYAN FISH 4 YOU LLC |
| 128 | 1 | AMERICAN EXPRESS | | | JON RYAN HIGH CALIBER LLC |
| 129 | 1 | AMERICAN EXPRESS | | | JON RYAN FLIX 4 YOU LLC |
| 130 | 1 | AMERICAN EXPRESS | | | JON RYAN |
| 131 | 1 | VISA, CHASE | | | JON RYAN |
| 132 | 1 | VISA, CHASE | | | JON RYAN |
| 133 | 1 | VISA, CHASE | | | JON RYAN |
| 134 | 1 | VISA, CHASE | | | JON RYAN |
| 135 | 1 | VISA, CHASE | | | JON RYAN |
| 136 | 1 | GIFT CARD, LOWES | | | |
| 137 | 1 | GIFT CARD, LOWES | | | |
| 138 | 1 | GIFT CARD, LOWES | | | |
| 139 | 1 | GIFT CARD, LOWES | | | |
| 140 | 1 | GIFT CARD, LOWES | | | |
| 141 | 1 | GIFT CARD, LOWES | | | |
| 142 | 1 | GIFT CARD, LOWES | | | |
| 143 | 1 | GIFT CARD, LOWES | | | |
| 144 | 1 | GIFT CARD, LOWES | | | |
| 145 | 1 | GIFT CARD, LOWES | | | |
| 146 | 1 | GIFT CARD, LOWES | | | |
| 147 | 1 | CHECK CARD, WACHOVIA BUSINESS | | | BOOKUM BOOKS LLC JON RYAN |

| 148 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FLIXX LLC JON RYAN |
|-----|---|-------------------------------|---|---------------------------------|
| 149 | 1 | CHECK CARD, WACHOVIA BUSINESS | | GABIDON BUILDERS JON RYAN |
| 150 | 1 | CHECK CARD, WACHOVIA BUSINESS | | HIGH CALIBER LATINAS J RYAN |
| 151 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FLIX 4 YOU JON RYAN |
| 152 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FLIXX JOHN RYAN |
| 153 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FISH FOUR LLC JON RYAN |
| 154 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FLIXX JON RYAN |
| 155 | 1 | CHECK CARD, WACHOVIA BUSINESS | | HIGHLIFE ENTERTAINMENT JON RYA |
| 156 | 1 | CHECK CARD, WACHOVIA BUSINESS | | HIGH CALIBER LATINAS J RYAN |
| 157 | 1 | CHECK CARD, WACHOVIA BUSINESS | | GETTING MONEY J RYAN |
| 158 | 1 | CHECK CARD, WACHOVIA BUSINESS | | HIGH CALIBER LATINAS J RYAN |
| 159 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FLIXX JON RYAN |
| 160 | 1 | CHECK CARD, WACHOVIA BUSINESS | | BOOKUM BOOKS LLC JON RYAN |
| 161 | 1 | CHECK CARD, WACHOVIA BUSINESS | | FISH FOUR LLC JON RYAN |
| 162 | 1 | CHECK CARD, WACHOVIA BUSINESS | | GETTING MONEY J RYAN |
| 163 | 1 | COUNTERFEIT CARD, MASTERCARD, CHA | | |
| 164 | 1 | COUNTERFEIT CARD, SAMS DISCOVER | | |
| 165 | 1 | COUNTERFEIT CARD, HSBC | | |
| 166 | 1 | COUNTERFEIT CARD, CITI | | |
| 167 | 1 | COUNTERFEIT CARD, AMEX | | |
| 168 | 1 | COUNTERFEIT CARD, CAPITAL ONE | | |
| 169 | 1 | COUNTERFEIT CARD, CITI | | |
| 170 | 1 | COUNTERFEIT CARD, HSBC | | |
| 171 | 1 | COUNTERFEIT CARD, CHASE | | JON RYAN FISH 4 YOU LLC |
| 172 | 1 | COUNTERFEIT CARD, BOA | | JON RYAN |
| 173 | 1 | COUNTERFEIT CARD, DISCOVER BUSINES | | JON RYAN HIGH CALIBER |
| 174 | 1 | COUNTERFEIT CARD, DISCOVER BUSINES | | JON RYAN |
| 175 | 1 | CHECK CARD, WACHOVIA BUSINESS | | EMPIRE CORPORATE JON RYAN |