# United States District Court
## Eastern District of Michigan

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JON RYAN | Case Number: 11CR20425-7 |
| | USM Number: 69688-053 |
| | |
| | John A. O Leary |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ Pleaded guilty to count(s) **1 of the Sixth Superseding Indictment.**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:USC:1349 | Conspiracy to Commit Wire Fraud and Mail Fraud | 6/2011 | 1 |

The defendant is sentenced as provided in pages **2 through 9** of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984

■ Count(s) **2, 3, 4, and 5 of the Sixth Superseding Indictment** are dismissed on the motion of the United States after a plea of not guilty.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 27, 2012
Date of Imposition of Judgment



s/Robert H. Cleland
United States District Judge

October 30, 2012
Date Signed

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **70 months.**

The court makes the following recommendations to the Bureau of Prisons: **The court recommends that the defendant be designated to an institution with a comprehensive drug treatment program.**

The defendant shall surrender for service of sentence at the institutuion designated by the Bureau of Prison: **as notified by the United States Marshal.**

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.


_____
United States Marshal


_____
Deputy United States Marshal

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. Revocation of supervised release is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## SPECIAL CONDITIONS OF SUPERVISION

■ The defendant shall make monthly payments on any remaining balance of the:**restitution** at a rate and schedule recommended by the Probation Department and approved by the Court.

■ The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.

■ The defendant shall provide the probation officer access to any requested financial information.

■ The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

**The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full time basis. Full time is defined as 40 hours a week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.**

**The defendant shall not use or possess alcohol in any consumable form, nor shall he be in the social company of any person who the defendant knows to be in possession of alcohol or illegal drugs or visibly affected by them. The defendant shall not be found at any place that serves alcohol for consumption on the premises, with the exception of restaurants.**

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

# CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 100.00 | $ 0.00 | $ 705,403.94 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| GE Capital Retail Finance<br>　Special Investigations Team<br>　950 Forrer Boulevard<br>　Kettering, OH 45420 | $703,347.21 | $703,347.21 | |
| Thomson Reuters<br>　Attn: Ron Durner<br>　610 Opperman Drive<br>　Eagen, MN 55123 | $2,056.73 | $2,056.73 | |
| **TOTALS:** | $ 705,403.94 | $ 705,403.94 | |

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  **the interest requirement is waived for the restitution**

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The costs of incarceration and supervision are waived.

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program. The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| See attached detailed sheet. | | | |

The defendant shall forfeit the defendant's interest in the following property to the United States:

See detail list attached.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 11-20425-1<br>Terell Mason | 703347.21 | 703347.21 | GE Money Bank |
| 11-20425-1<br>Terrell Mason | 2056.73 | 2056.73 | Thomson Reuters Corp |
| 11-20425-3<br>Alexis Hall | 78712.76 | 78712.76 | GE Money Bank |
| 11-20425-3<br>Alexis Hall | 342.79 | 342.79 | Thomson Reuters |
| 11-20425-4<br>Amanda Morris | 26669.55 | 26669.55 | GE Money Bank |
| 11-20425-4<br>Amanda Morris | 342.79 | 342.79 | Thomson Reuters |
| 11-20425-5<br>Joshua Ramon | 14368.57 | 14368.57 | GE Money Bank |
| 11-20425-5<br>Joshua Ramon | 342.79 | 342.79 | Thomson Reuters |
| 11-20425-6<br>Lionel Harris | 86690.35 | 86690.35 | GE Money Bank |
| 11-20425-6<br>Lionel Harris | 342.79 | 342.79 | Thomson Rueters |
| 11-20604-1<br>Antonio Linares | 352447.33 | 352447.54 | GE Money Bank |
| 11-20604-1<br>Antonio Linares | 342.79 | 342.79 | Thomson Reuters |

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 6B - Schedule of Payments

DEFENDANT: JON RYAN
CASE NUMBER: 11CR20425-7

## ADDITIONAL FORFEITED PROPERTY

Pursuant to 18:USC:981(a)(1)(C) 28 USC:2461(c) and Fed.R.Cr. P. 32.2 defendant Jon Ryan shall forfeit the items listed on the attached Forfeiture Exhibit which are enumerated below with corresponding item numbers to the United States for disposition in accordance with law. Items 1-35, 43-82, 94-106,112,113,117,136-146 and 163-170.

# "FORFEITURE EXHIBIT"

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|---|---|---|---|---|
| 1 | 1 | Dewalt/DWS780 | SAW | 2100989207 |
| 2 | 1 | Dewalt/DWS723 | SAW STAND | |
| 3 | 1 | SWISS ALPS/SA8908 | SUITCASE | |
| 4 | 1 | NIKON MMDX/AF-S NIKKOR 18-55, W/CASE | DIGITAL CAMERA | 3135068 |
| 5 | 1 | XBOX 360/ DJ HERO 2 ACCESSORY | TURNTABLE BUNDLE GAME | |
| 6 | 1 | HEWLET PACKARD TONER CATRIDGE/CE278A | CATRIDGE | |
| 7 | 2 | Gift Card/iTunes $50 | GIFT CARD | |
| 8 | 3 | APPLE SCREEN CLEANERS | SCREEN CLEANERS | |
| 9 | 1 | SONY/XS-GTX120LW | SUBWOOFER | |
| 10 | 1 | BLACK JACK/T82015W | CAR JACK | |
| 11 | 1 | SAMSUNG/ BD-D5100 | BLU RAY DISC | ZT0U6V4BA05127 |
| 12 | 1 | SCOSCHE/SE12R | SUBWOOFER ENCLOSURE | |
| 13 | 1 | RYOBI CSB142LZK | SAW, LASER | |
| 14 | 1 | SINGER/UVB45 | ULTRA INSECT KILLER | |
| 15 | 1 | CYCLONE/FP0F360AC | UTILITY PUMP, FLOTEC | |
| 16 | 1 | RIGID/14" | PIPE WRENCH | |
| 17 | 1 | GEORGE FOREMAN/RMOVABLE PLATE | GRILL, INDOOR | |
| 18 | 1 | SLIME/12V | TIRE INFLATOR | |
| 19 | 1 | LITHONIA LIGHTING/1600 | FLOODLIGHT | |
| 20 | 1 | STINGER/UVB45 | BULB, REPLACEMENT INSECT KILLER | |
| 21 | 1 | RYOBI ONE/18V | BATTERY, REPLACEMENT LITHIUM | |
| 22 | 1 | FIRST ALERT/3' CORD, 15" | POWER STRIP | |
| 23 | 1 | SINGER/UVB45 | ULTRA INSECT KILLER | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|---|---|---|---|---|
| 24 | 1 | RYOBI /9560 | PRUNER | |
| 25 | 1 | AVF TILT & TURN/364479 | TV WALL MOUNT | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|---|---|---|---|---|
| 26 | 2 | GE/51135 | REMOTE, LIGHT CONTROL | |
| 27 | 1 | STINGER/UVB45 | CHARGING STATION | |
| 28 | 1 | COOPER/8200PK | SOLDERING GUN KIT | |
| 29 | 1 | UTILITECH PRO/0340250 | LED OUTDOOR LIGHT | |
| 30 | 1 | ENERGIZER/ | WORK LIGHT | |
| 31 | 1 | RYOBI/P114 | CHARGER, 18V DUAL CHEMISTRY | |
| 32 | 1 | ARROW/T50 | STAPLE GUN, ELECTRIC | L07AB031590 |
| 33 | 1 | SONY/ XM-GTX6040 | AMPLIFIER | |
| 34 | 1 | SPACE SAVER/60424 | TV WALL MOUNT | |
| 35 | 1 | CHAMBERLAIN/349544 | DOOR OPENER, GARAGE | |
| 43 | 1 | SAMSUNG/UN55C6400RFX2A | TV, LED 55" | Z1023CN2400032E |
| 44 | 1 | NETGEAR/WNCE2001 | ADAPTER, INTERNET WiFi | |
| 45 | 5 | RUBBERSTAMPS | | |
| 46 | 1 | NETGEAR/XETB1001 | ADAPTER, PWELINE NETWORK | |
| 49 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, WII MOTION | |
| 50 | 1 | PHILIPS/ SWR1249/17 | USB KIT, RETRACTABLE 2.0 | |
| 51 | 1 | ELEMENT/ELCHW402 | TV, HDMI 42" | DR000036700012713 |
| 52 | 1 | APPLE MONITOR | MONITOR 32", WHITE, FLAT SCREEN | 2A1104VA6JL |
| 53 | 1 | APPLE MONITOR | MONITOR 32", WHITE, FLAT SCREEN | 2A11627V6R |
| 54 | 1 | MICROSOFT XBOX360/1439 | GAME SYSTEM, XBOX360 | 190131604408 |
| 55 | 1 | ROYAL SOVEREIGN/ RBC -1003BK | BILL COUNTER, W/COUNTERFEIT DETEC | K09H12044727 |
| 56 | 1 | MICROSOFT XBOX360/1414 | SENSOR, XBOX360 | 072554504338 |
| 57 | 1 | CANON/DS126151 | CAMERA, | 1721103913 |
| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
| 58 | 1 | CANON/HDV10801/HV20A | CAMERA, VIDEO | 652513204477 |
| 59 | 1 | CANON CAMERA CASE | CASE, BLACK MESH | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|---|---|---|---|---|
| 60 | 1 | STWINHAUSEN | CASE, WATCH, MAHOGONEY | |
| 61 | 28 | WATCHES, COUNTERFEIT | WATCHES | |
| 62 | 2 | MICROSOFT XBOX360 | WIRELESS CONTROLLER | 02880348635045 EC |
| 63 | 1 | OPTIMA/P-SD2GB-EF | FLASH MEMORY | |
| 64 | 1 | ROLEX/116520 | WATCH, SILER, 3 DIALS | |
| 65 | 1 | AUDEMARS PIGUETQUARTZ ROYAL OAK OFFSHORE/7243 | WATCH, BLACK COPPER | |
| 66 | 1 | ROLEX/16233 | WATCH, SILVER, BLUE | |
| 67 | 1 | AUDEMARS PIGUET/ ROYAL OAK OFFSHORE/6717 | WATCH, DIAMOND, 3 DIAL | F576S2 |
| 68 | 1 | ROLEX/ | WATCH, GOLD DIAMOND BEZZLE | |
| 69 | 1 | RING, GOLD, W/DIAMONDS | RING | |
| 70 | 1 | RING, WHITE GOLD W/DIAMONDS | RING | |
| 71 | 1 | LG/LX165 | CELL PHONE, | 911CYKJ1229805 |
| 72 | 1 | CHAIN, GOLD, W/EMLEM AND MULTI-DIAMOND | NECKLACE | |
| 73 | 1 | CHAIN, SILVER W/DIAMONDS | NECKLACE | |
| 74 | 7 | CABLES, ASSORTED | VARIOUS COMPUTER CABLES | |
| 75 | 1 | LG/VN150PP | CELL PHONE, | A00000317CA267 |
| 76 | 1 | LG/VN150PP | CELL PHONE, | A0000031263CCC |
| 77 | 1 | APPLE/MC011LL/A | IPOD TOUCH 64G | 1A028TD975J |
| 78 | 1 | OUTTER BOX | CASE, IPOD TOUCH | ALP2-TCH3G-20-C50TR |
| 79 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, Wii MOTION | |
| 80 | 1 | NINTENDO/ RVL A CGK USZ | REMOTE, Wii MOTION | |
| 81 | 1 | GE/FULL HD 1080P | CABLE, 25 FT | |
| 82 | 1 | NINTENDO/ RVL 027 | REMOTE, BLACK, Wii MOTION | |

| ITEM # | QUANTITY | Make Model # | Item Description | SERIAL # |
|---|---|---|---|---|

| # | Qty | Item | Description | Serial |
|---|---|---|---|---|
| 94 | 1 | TABLET, BLACKBERRY TORCH | TABLET | 134345428356 |
| 95 | 1 | MAC TOWER | COMPUTER | YM103047EUF |
| 96 | 1 | MAC KEYBOARDS | KEYBOARD, COMPUTER | |
| 97 | 1 | HP PAVILION A1110n, | COMPUTER (NO POWER CORD) | ENY5170YBP |
| 98 | 1 | HP TOUCH SMART | COMPUTER | 3CR0180NY |
| 99 | 1 | HP CORDLESS KEYBOARD & MOUSE | KEYBOARD, COMPUTER | |
| 100 | 1 | HP LAPTOP/ PAVILION DV7 | COMPUTER (NO POWER CORD) | CNF0211YKJ |
| 101 | 1 | MINI LAPTOP/E MACHINE | COMPUTER (NO POWER CORD) | LXN970D0019473A8691601 |
| 102 | 1 | MINI LAPTOP/DELL | COMPUTER | IPKYQK1 |
| 103 | 1 | LAPTOP/MAC BOOK PRO | INSIDE BLACK TARGUS BAG | C02FC36UDF92 |
| 104 | 1 | LAPTOP/MAC BOOK PRO | COMPUTER | C02GGCWFDV7L |
| 105 | 1 | LAPTOP/MDELL ADEAMOAC BOOK PRO | COMPUTER (NO POWER CORD) | |
| 106 | 3 | THUMB DRIVES/ HP CRUZERS | 2-8G, 1-32G | |
| 112 | 1 | IPAD | SILVER, W/BLACK COVER | GB040JCAETV |
| 113 | 1 | IPAD | WHITE, W/BLACK COVER | DLXFR35TDKNW |
| 117 | 1 | CASH, $22,678 | $22,678.00 USD | |
| 136 | 1 | GIFT CARD, LOWES | | |
| 137 | 1 | GIFT CARD, LOWES | | |
| 138 | 1 | GIFT CARD, LOWES | | |
| 139 | 1 | GIFT CARD, LOWES | | |
| 140 | 1 | GIFT CARD, LOWES | | |
| 141 | 1 | GIFT CARD, LOWES | | |
| 142 | 1 | GIFT CARD, LOWES | | |
| 143 | 1 | GIFT CARD, LOWES | | |
| 144 | 1 | GIFT CARD, LOWES | | |
| 145 | 1 | GIFT CARD, LOWES | | |
| 146 | 1 | GIFT CARD, LOWES | | |

| | | | | GETTING MONEY J RYAN |
|---|---|---|---|---|
| 163 | 1 | COUNTERFEIT CARD, MASTERCARD, CHA | | |
| 164 | 1 | COUNTERFEIT CARD, SAMS DISCOVER | | |
| 165 | 1 | COUNTERFEIT CARD, HSBC | | |
| 166 | 1 | COUNTERFEIT CARD, CITI | | |
| 167 | 1 | COUNTERFEIT CARD, AMEX | | |
| 168 | 1 | COUNTERFEIT CARD, CAPITAL ONE | | |
| 169 | 1 | COUNTERFEIT CARD, CITI | | |
| 170 | 1 | COUNTERFEIT CARD, HSBC | | |